**Murphy M. HUBBARD, Appellant,**

v.

**UNITED STATES, Appellee.**

**No. 07–1360.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 28, 2007.

Filed: Jan. 7, 2008.

Murphy M. Hubbard, Springfield, MO, pro se.

Ivan C. Dale, Tax. Div., Dept. of Justice, Washington, DC (Eileen J. O'Connor, Asst. Atty. Gen., Andrea R. Tebbets, Tax. Div., Dept. of Justice, on the brief), for

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

appellee; John F. Wood, U.S. Atty., Kansas City, MO, of counsel.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Murphy M. Hubbard appeals the district court's [1] denial of his petition to quash an Internal Revenue Service (IRS) summons. Having carefully reviewed the record and considered Hubbard's arguments, we conclude that the district court did not clearly err in denying the petition. *See United States v. Kaiser*, 397 F.3d 641, 643 (8th Cir.2005). We reject Hubbard's due process argument and note that the district court in fact considered his untimely reply to the IRS's show-cause response. We decline to consider additional claims that Hubbard asserts for the first time on appeal. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.